IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

RECEIVED
USDC, CLERK GREENVILLE, S
2019 DEC 19 AM 10: 59

Timothy A. Jackson
Pro Se Plaintiff

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against- a foreign limited liability Company
Equifax Information Services LLC
Trans Union LLC and Well Fargo
Home Mortgage Inc, Directors and

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Insurance Company

**Complaint for a Civil Case**

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial:  ☑ Yes   ☐ No
*(check one)*

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

- **Name:** Timothy A. Jackson Pro Se
- **Street Address:** 302 Shadowood Lane
- **City and County:** Greenwood
- **State and Zip Code:** S.C 29649
- **Telephone Number:** 864-992-4670

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

**Defendant No. 1**
- **Name:** a foreign limited liability company Equifax Information Services LLC
- **Job or Title (if known):** Registered Agent: Prentice Hall Corp
- **Street Address:** 1703 Laurel Street
- **City and County:** Columbia
- **State and Zip Code:** S.C 29201
- **Telephone Number:** 1-800-683-4769

**Defendant No. 2**
- **Name:** Transunion LLC
- **Job or Title (if known):** Registered Agent: Prentice Hall Corp
- **Street Address:** 1703 Laurel Street
- **City and County:** Columbia
- **State and Zip Code:** S.C 29201
- **Telephone Number:** 1-800-683-4769

**Defendant No. 3**
- **Name:** Wells Fargo Home Mortgage Inc Directors and Insurance Companies

2

Job or Title (if known)    Registered Agent: Latanyia Simpkins Branch Manager / Assistant VP
Street Address    105 Main Street
City and County    Greenwood
State and Zip Code    S.C  29646
Telephone Number    864-941-8806

Defendant No. 4

Name
Job or Title (if known)
Street Address
City and County
State and Zip Code
Telephone Number

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question        ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Fair Credit Reporting Act 15 U.S.C. § 1681 (FCRA) Defamation, Negligence, Infliction of High Stress, Fair Debt Collection Practice Act (FDCPA), Intentionally and Willfully Violation of FCRA law. (refer to Plaintiff attached Complaint) (Pages 1-13)

3

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, (name) Timothy A. Jackson, is a citizen of the State of (name) South Carolina.

   b. If the plaintiff is a corporation

   The plaintiff, (name) N/A, is incorporated under the laws of the State of (name) _____, and has its principal place of business in the State of (name) _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, (name) _____, is a citizen of the State of (name) _____. Or is a citizen of (foreign nation) _____.

   b. If the defendant is a corporation

   The defendant, (name) Wells Fargo Home Mortgage Inc. Directors and Insurance Companies is incorporated under the laws of the State of (name) California + South Carolina, and has its principal place of business in the State of (name) California + South Carolina. Or is incorporated under the laws of (foreign nation) _____, and has its principal place of business in (name) California + South Carolina.

   *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

4

**B.   If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, (name) Timothy A. Jackson, is a citizen of the State of (name) South Carolina.

    b. If the plaintiff is a corporation

    The plaintiff, (name) N/A, is incorporated under the laws of the State of (name) _____, and has its principal place of business in the State of (name) _____.

    (If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, (name) _____, is a citizen of the State of (name) _____. Or is a citizen of (foreign nation) _____.

    b. If the defendant is a corporation

    The defendant, (name) Trans Union LLC, is a foreign limited liability company. Delaware incorporated under the laws of the State of (name) Pennsylvania + South Carolina, and has its principal place of business in the State of (name) Delaware Pennsylvania + South Carolina. Or is incorporated under the laws of (foreign nation) _____, and has its principal place of business in (name) Delaware Pennsylvania + South Carolina.

    (If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)

4

**B.     If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, (name) Timothy A. Jackson, is a citizen of the State of (name) South Carolina.

    b. If the plaintiff is a corporation

    The plaintiff, (name) N/A, is incorporated under the laws of the State of (name) _____, and has its principal place of business in the State of (name) _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, (name) _____, is a citizen of the State of (name) _____. Or is a citizen of (foreign nation) _____.

    b. If the defendant is a corporation a foreign limited liability company

    The defendant, (name) Equifax Information Services LLC, is incorporated under the laws of the State of (name) Georgia + South Carolina, and has its principal place of business in the State of (name) Georgia + South Carolina. Or is incorporated under the laws of (foreign nation) _____, and has its principal place of business in (name) Georgia + South Carolina

    *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

4

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

All claims to be determined by Jury (refer to Plaintiff attached Complaint) (Pages 1-13)

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Please refer to Plaintiff Timothy A. Jackson attached Complaint (Pages 1-13)

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Please refer to Plaintiff Timothy A. Jackson Attached Complaint (Pages 1-13)

5

V.  **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A.  **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: December 19, 2019.

Signature of Plaintiff    *Timothy A. Jackson*
Printed Name of Plaintiff    Timothy A. Jackson

B.  **For Attorneys**

Date of signing: _____, 20__.

Signature of Attorney        _____
Printed Name of Attorney    _____
Bar Number                  _____
Name of Law Firm            _____
Address                     _____
Telephone Number            _____
E-mail Address              _____

6